DAVID W. KEEN v. MOSES H. LEVIN and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUFAN TRADING CORPORATION v. VERIBEST PROPERTY CORPORATION and Others. IRVING TRUST COMPANY, as Receiver and Trustee of MEYER REIKES, Bankrupt, Which Seeks to Be Impleaded as a Party Defendant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of THOMAS J. O'NEILL, an Attorney.— Reference ordered to Hon. Nathan L. Miller, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

## SECOND DEPARTMENT, JULY, 1929.

GOTHAM CONSTRUCTION CORPORATION, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— Motion for reargument granted and case set down for hearing on September 30, 1929, at one o'clock in the afternoon. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

SLAUGHTER W. HUFF and ROBERT C. LEE, as Receivers of the Property of the NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, etc., Appellants, v. ISLAND TRANSPORTATION COMPANY, INC., Respondent.— Motion to restrain defendant from operating buses pending appeal granted, upon condition that within five days appellants file an undertaking with corporate surety in the sum of $10,000; otherwise, motion denied. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

In the Matter of the Application of JAMES V. CARDILLO and OLIVER M. OAKE, Respondents, for a Peremptory Mandamus Order against SIGMUND A. GUTTENBERG, as Building Commissioner of the City of Mount Vernon, N. Y., and JOHN BURDEN, as Superintendent of Buildings of the City of Mount Vernon, N. Y., Appellants.— In view of the decision of the main appeal (227 App. Div. 668), decided herewith, the motion to dismiss the appeal is dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of HENRY H. DINNEEN for Admission to the Bar. (From the State of Maryland.) — Application granted. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.

In the Matter of MILTON SOLOMON, an Attorney.— Report of official referee confirmed and charges dismissed. Present — Kapper, Hagarty, Seeger, Carswell and Scudder, JJ.

JAMES McWALTERS, Appellant, v. ROCK-PARK CORPORATION, Respondent, and Others, Defendants.— Motion to resettle order of reversal dated June 26, 1929, granted so that the order shall read as follows: " It is Ordered and Adjudged that the judgment and order so appealed from be and the same are hereby unanimously reversed upon the law, with costs, and judgment directed for the plaintiff, upon the stipulation in the action bearing date the 20th day of October, 1928, and dismissing the counterclaim." Findings of fact and conclusions of law inconsistent with this decision are reversed and new findings and conclusions will be made. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ. Settle order on notice before Mr. Justice Hagarty.